## VAUGHN WALKER *v.* COMMISSIONER OF CORRECTION

The petitioner Vaughn Walker's petition for certification for appeal from the Appellate Court, 110 Conn. App. 816 (AC 28094), is denied.

*Anthony E. Parent,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 13, 2008

## STATE OF CONNECTICUT *v.* KURTULUS KALICAN

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 743 (AC 28140), is denied.

*Joseph Visone,* special public defender, in support of the petition.

*Theresa Anne Ferryman,* senior assistant state's attorney, in opposition.

Decided November 13, 2008

## GLADYS NEGRO *v.* JOHN METAS

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 485 (AC 28213), is denied.

*Susan M. Phillips,* in support of the petition.

*Joseph P. Ziehl,* in opposition.

Decided November 13, 2008